■ In the Matter of STEPHEN THOMAS ERB, an Attorney, Resignor. [823 NYS2d 702]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Oct. 2, 2006.)

■ In the Matter of BRUCE C. LEE-CLARK, an Attorney, Resignor. [823 NYS2d 702]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Oct. 2, 2006.)

■ In the Matter of WILLIAM C. MIDGLEY, an Attorney, Resignor. [823 NYS2d 702]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Oct. 2, 2006.)

■ In the Matter of MICHAEL TERRENCE REVO, an Attorney, Resignor. [823 NYS2d 702]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Oct. 2, 2006.)

■ In the Matter of JOSEPH DRAKE RICH, an Attorney, Resignor. [823 NYS2d 703]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Oct. 2, 2006.)

■ In the Matter of VINCENT A. PARADIS, an Attorney, Resignor. [823 NYS2d 703]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green and Pine, JJ. (Filed Nov. 2, 2006.)

■ In the Matter of NATASHA A. SINCLAIR, an Attorney, Resignor. [823 NYS2d 703]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green and Pine, JJ. (Filed Nov. 2, 2006.)